BESS M. BREWER, #100364
BREWER & MITCHELL, LLP
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM LOUISE WHITE,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security<br>of the United States of America,<br><br>Defendant. | Case No. CIV-S-05-461 GGH<br><br>[PROPOSED] STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file her summary judgment is hereby extended from its current due date of December 28, 2005 until February 6, 2006. This extension is necessary given her attorney's heavy briefing schedule over the next two months. This is plaintiff's first request for an extension.

////

////

////

*White v. Barnhart*, CIV-S-05-461 GGH                                    1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 15, 2005 | BREWER & MITCHELL, LLP |
| 3 | | |
| 4 | | By: /s/Bess M. Brewer |
| 5 | | BESS M. BREWER<br>Attorney at Law |
| 6 | | Attorney for Plaintiff |
| 7 | Dated: December 15, 2005 | McGregor W. Scott |
| 8 | | United States Attorney |
| 9 | | |
| 10 | | By: /s/Bobbie J. Montoya<br>BOBBIE J. MONTOYA |
| 11 | | Assistant U.S. Attorney |
| 12 | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: Dec. 21, 2005

**GREGORY G. HOLLOWS**
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE