1 | BESS M. BREWER, #100364
BREWER & MITCHELL, LLP
2 | 1023 H Street, Suite B5
Sacramento, CA 95814
3 | Telephone: (916) 448-8600
Facsimile: (916) 448-8605
4
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KIM LOUISE WHITE            )   Case No. CIV-S-05-461 GGH
                            )
                            )
                            )
                            )   STIPULATION AND ORDER
         Plaintiff,         )   EXTENDING PLAINTIFF'S TIME TO
                            )   FILE MEMORANDUM IN SUPPORT
v.                          )   OF SUMMARY JUDGMENT
                            )
JO ANNE B. BARNHART         )
Commissioner of Social Security )
of the United States of America, )
                            )
         Defendant.         )
                            )
_____)

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file her summary judgment is hereby extended from its current due date of February 6, 2006 to February 21, 2006.   This extension is necessary given her attorney's heavy briefing schedule.


/ / / /

/ / / /

/ / / /

*White  v. Barnhart,* CIV-S-05-461 GGH            1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 6, 2006 | BREWER & MITCHELL, LLP |
| 3 | | |
| 4 | | By: /s/Bess M. Brewer |
| 5 | | BESS M. BREWER<br>Attorney at Law |
| 6 | | Attorney for Plaintiff |
| 7 | | |
| 8 | Dated: February 6, 2006_____ | McGregor W. Scott<br>United States Attorney |
| 9 | | |
| 10 | | By: /s/Bobbie J. Montoya<br>BOBBIE J. MONTOYA |
| 11 | | Assistant U.S. Attorney |
| 12 | | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: 2/8/06         /s/ Gregory G. Hollows
                     _____
                     GREGORY G. HOLLOWS
                     U.S. MAGISTRATE JUDGE

white.eot

*White v. Barnhart,* CIV-S-05-461 GGH         2