1  BESS M. BREWER, #100364
   BREWER & MITCHELL, LLP
2  1023 H Street, Suite B5
   Sacramento, CA 95814
3  Telephone: (916) 448-8600
   Facsimile: (916) 448-8605
4
   Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIM LOUISE WHITE** ) | Case No. CIV-S-05-461 GGH |
| ) | |
| ) | |
| ) | **STIPULATION AND ORDER** |
| Plaintiff, ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| v. ) | **OF SUMMARY JUDGMENT** |
| ) | |
| **JO ANNE B. BARNHART** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file her summary judgment is hereby extended from its current due date of February 21, 2006 to February 23, 2006.

/ / / /

/ / / /

/ / / /

*White v. Barnhart,* CIV-S-05-461 GGH      1

1
2  Dated: February 21, 2006                BREWER & MITCHELL, LLP
3
4                                          By: /s/Bess M. Brewer
                                            BESS M. BREWER
5                                           Attorney at Law
6                                           Attorney for Plaintiff
7
   Dated: February 21, 2006                McGregor W. Scott
8                                           United States Attorney
9
                                            By: /s/Bobbie J. Montoya
10                                          BOBBIE J. MONTOYA
                                            Assistant U.S. Attorney
11
                                            Attorney for Defendant
12
13
14
15                                          **ORDER**
16
17 APPROVED AND SO ORDERED.
18
19 DATED: 2/22/06                           /s/ Gregory G. Hollows
20                                          _____
                                            GREGORY G. HOLLOWS
                                            U.S. MAGISTRATE JUDGE
21
   white.ord
22
23
24
25
26
27
28

*White v. Barnhart,* CIV-S-05-461 GGH              2