McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM LOUISE WHITE,<br><br>    Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>    Defendant. | CASE NO. 2:05-CV-00461-GGH<br><br>ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

   Pursuant to the stipulation of the parties, electronically filed *March 15, 2006*, showing good cause for a requested first extension of Defendant's time to respond to Plaintiff's motion for summary judgment, the request is hereby APPROVED.

   Defendant shall file her response on or before April 26, 2006.

   SO ORDERED.

DATED: 3/22/06                    /s/ Gregory G. Hollows
                                  _____
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

`white.eot2`

Stip.& Order Ext. Def.'s Time - 2:05-00461                    **1**